IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BIG BOY FRANCHISE MANAGEMENT, LLC**, )
                                          )
        Plaintiff,                     )
                                         )
V.                                       )    Civil No. **06-420-MJR**
                                         )
**REGENCY PARTNERS, INC., et al.**,     )
                                         )
        Defendants.             )

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Attorneys James P. Martin and Julia Gwinn Brncic have both been granted leave to withdraw as counsel of record for defendants Ronald W. Schantz and William H. Albert.  **(Docs. 25 and 27).**   Martin and Brncic have complied with Local Rule 83.1(g) by giving notice to their clients and providing the Court with Schantz and Albert's  last unknown addresses.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall have the record reflect that defendants Ronald W. Schantz and William H. Albert are proceeding pro se, and that their addresses are as follows:

**Ronald W. Schantz: P.O. Box 1630, O'Fallon, IL 62269-8630**

**William H. Albert: 6510 State Route 158, Millstadt, IL 62260**

**IT IS FURTHER ORDERED** that on or before **April 3, 2007**, defendants Ronald W. Schantz and William H. Albert shall each file with the Court written confirmation of their address, and they shall each inform the Court of their telephone number.   Unless new counsel formally enters an appearance on behalf of Schantz and or Albert, they shall be personally responsible for defending themselves in this action.

1

**IT IS SO ORDERED.**

**DATED: March 20, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**